No. 84–1922.   UNITED STATES v. KOECHER.   C. A. 2d Cir. Certiorari granted.

No. 84–1923.   HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. v. CITY OF NEW YORK ET AL.   C. A. 2d Cir. Certiorari granted.

No. 84–1948.   BLOCK, SECRETARY OF AGRICULTURE, ET AL. v. PAYNE ET AL.   C. A. 11th Cir.   Certiorari granted.

No. 84–1979.   PSFS SAVINGS BANK, FSB v. VINSON ET AL. C. A. D. C. Cir.   Certiorari granted.

No. 85–5.   PENNSYLVANIA ET AL. v. DELAWARE VALLEY CITIZENS' COUNCIL FOR CLEAN AIR ET AL.   C. A. 3d Cir.   Certiorari granted.

No. 85–21.   SQUARE D CO. ET AL. v. NIAGARA FRONTIER TARIFF BUREAU, INC., ET AL.   C. A. 2d Cir.   Certiorari granted.

No. 85–54.   LIBRARY OF CONGRESS ET AL. v. SHAW.   C. A. D. C. Cir.   Certiorari granted.

No. 85–215.   MCMILLAN ET AL. v. PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari granted.

No. 85–225.   HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. v. MICHIGAN ACADEMY OF FAMILY PHYSICIANS ET AL.   C. A. 6th Cir.   Certiorari granted.

No. 84–1656.   LOCAL 28 OF THE SHEET METAL WORKERS' INTERNATIONAL ASSN. ET AL. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL.   C. A. 2d Cir.   Certiorari granted and case set for oral argument in tandem with No. 84–1999, *Local No. 93, Int'l Assn. of Firefighters* v. *Cleveland, infra.*